620 A.2d 1387

IN THE MATTER OF BEVERLY M. WURTH,
AN ATTORNEY AT LAW.

March 26, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that BEVERLY M. WURTH of EAST RUTHERFORD, who was admitted to the bar of this State in 1981, be publicly reprimanded for violating *RPC* 1.3 (failure to act with reasonable diligence), *RPC* 1.4(a) (failure to keep client reasonably informed), *RPC* 1.5 (unearned retainer), *RPC* 1.16(d) (failure to surrender client files), *RPC* 5.5(a) (practicing while on the ineligible list) and *RPC* 1.10(a) (conflict of interest), conduct the Disciplinary Review Board found to be causally connected to a period of alcohol abuse by respondent;

And the Disciplinary Review Board further recommending that respondent be required to practice law under the supervision of a proctor and to continue to receive psychological counseling and to participate in Alcoholics Anonymous;

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and BEVERLY M. WURTH is hereby publicly reprimanded; and it is further

ORDERED that respondent practice law under the supervision of a proctor and that respondent arrange forthwith with the Office of Attorney Ethics the selection of a proctor who shall supervise respondent's practice until the further Order of the Court; and it is further

ORDERED that respondent continue to receive psychological counseling and to participate in Alcoholics Anonymous until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.